No. 89–5593.   RONDON *v.* INDIANA.   Sup. Ct. Ind.;
No. 89–5595.   HINTON *v.* ALABAMA.   Sup. Ct. Ala.;

No. 89–5626. MARTIN v. ALABAMA. Sup. Ct. Ala.; and

No. 89–5683. ELLIS v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied. Reported below: No. 89–5593, 534 N. E. 2d 719; No. 89–5595, 548 So. 2d 562; No. 89–5626, 548 So. 2d 496; No. 89–5683, 873 F. 2d 830.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.